FILED
John E. Triplett, Acting Clerk
United States District Court

*By casbell at 12:27 pm, Aug 25, 2020*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

UNITED STATES OF AMERICA

    v.

KURT JAMES SMITH,

      Defendant.

CASE NO.: 220-mj-19

### O R D E R

On July 13, 2020, the United States District Court for the Middle District of Florida, issued a warrant for the arrest of Kurt James Smith in the case of United States of America v. Kurt James Smith, Case No. 8:99-cr-118-T-27TGW.  Kurt James Smith appeared before the undersigned on August 6, 2020 for his Initial Appearance on Rule 40 Transfer Out.  Mr. Smith was represented by counsel at that hearing.  At that hearing Defendant requested an Identity Hearing, a Preliminary Hearing and Detention Hearing all be held in this district.  The Court set the hearings for August 10, 2020.  At the August 10, 2020, Defendant Kurt James Smith decided he no longer wished to have an Identity Hearing and requested his Preliminary Hearing and Detention Hearing be held in the Middle District of Florida.  Mr. Smith executed an AO466A Waiver of Rule 5 & 5.1 Hearings form, waiving his right to an identity hearing, preliminary hearing and detention hearing in this district.  Doc. 10.  After hearing from the Government and the Defense, it was ordered that Defendant be detained pending the transfer to the Middle District of Florida, Tampa Division.

**IT ORDERED** that the United States Marshal immediately transport Kurt James Smith, together with a copy of this Order, to the Middle District of Florida, Tampa Division, and deliver

the Defendant to the United States Marshal for that district, or to another officer authorized to

receive Mr. Smith.  The marshal or officer in the Middle District of Florida should immediately

notify the United States Attorney and the Clerk of Court for that district of Mr. Smith's arrival.

The Clerk of this district must promptly transmit the documents in this case to the Middle

District of Florida, Tampa Division.

**SO ORDERED** this 25th day of August, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA